▪ The People of the State of New York ex rel. Raymond Almodovar, Appellant, v James L. Berbary, Superintendent, Collins Correctional Facility, Respondent. [887 NYS2d 890]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), entered April 2, 2008. The judgment dismissed the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Supreme Court properly dismissed the petition for a writ of habeas corpus. Petitioner's contentions could have been raised on direct appeal from the judgment of conviction or by way of a motion pursuant to CPL article 440, and thus habeas corpus relief is unavailable (*see People ex rel. Lanfair v Corcoran*, 60 AD3d 1351 [2009], *lv denied* 12 NY3d 714 [2009]; *People ex rel. Mills v Poole*, 55 AD3d 1289 [2008], *lv denied* 11 NY3d 712 [2008]). Habeas corpus relief also is unavailable because petitioner would not be entitled to immediate release from custody even in the event that his contentions had merit (*see People ex rel. Douglas v Vincent*, 50 NY2d 901, 903 [1980]; *People ex rel. Gloss v Costello*, 309 AD2d 1160, 1160-1161 [2003], *lv denied* 1 NY3d 504 [2003]). Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Peradotto, JJ.